# United States Court of Appeals
## For the First Circuit

No. 21-1886

RELENTLESS, INC.; HUNTRESS, INC.; SEAFREEZE FLEET LLC,

Plaintiffs, Appellants,

v.

UNITED STATES DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, in her official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; RICHARD SPINRAD, in his official capacity as Administrator of NOAA; NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries; JANET COIT, in her official capacity as Assistant Administrator for NOAA Fisheries,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on March 16, 2023 is amended as follows:

On page 10, line 23, "National" is replaced with "Natural"

On page 19, line 9, "V." is replaced with "v."

On page 23, line 1, "they" is replaced with "it"

On page 26, line 1, "agency" is replaced with "Agency"

On page 30, line 16, "standard" is replaced with "Standard"

On page 31, line 21, "rule" is replaced with "Rule"

On page 35, line 15, "rel" is replaced with "rel."

On page 36, line 24, "who" is replaced with "that"